In the Matter of the Application of the County Collector for Judgment and Sale Against Lands and Lots Returned Delinquent for Nonpayment of General Taxes for the Year 1962 and Prior Years.
Mattie Coleman Burleson, Petitioner-Appellant, v. Geraldine D. Hoffmann, Respondent-Appellee.

Gen. No. 52,407.

First District.

November 14, 1968.

Theodore R. Sherwin, of Chicago (Sherwin & Sherwin, of counsel), for appellant; Blair and Buyer, of Chicago, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.